Expedited hearing shall be held on 8/12/2021 at 10:30 AM in https://us-courts.webex.com/meet/Davis via Webex or Phone. Call 650-479-3207 Code:160 704 4630. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 09, 2021**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FREEDOM SALES & SERVICES, LLC | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 21-70120 |

### ORDER SETTING EXPEDITED HEARING ON DEBTOR'S
### MOTION FOR AUTHORITY TO USE CASH COLLATERAL
(Docket No. 2)

ON THIS DATE the Court considered the request for expedited hearing filed on August 9th, 2021, by Freedom Sales & Services LLC ("Debtor"), the Debtor and Debtor-in-Possession in the above-referenced case, in conjunction with its Motion for Authority to Use Cash Collateral (Docket No. 2) which was filed on August 9th, 2021. The Court finds that the request complies with LBR 9014(e) and demonstrates that sufficient cause exists for the scheduling of an expedited virtual hearing on the Motion.

**IT IS THEREFORE ORDERED** that the request for expedited hearing is **GRANTED** and that an expedited hearing to consider the Debtor's Motion for Authority to Use Cash Collateral will be conducted **by virtual hearing** on _____, 2021 at ____ P.M.

**IT IS FURTHER ORDERED** that the Debtor-in-Possession or its counsel shall give notice

of this expedited hearing **by forwarding a copy of this Order** by the most expedient means available, including electronic or facsimile transmission, if possible, to all other parties listed in the certificate of service contained in the Motion, to all parties entitled to notice under the Federal Rules of Bankruptcy Procedure or pursuant to LBR 9014, as well as any other affected party, and the Debtor-in-Possession or its counsel shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

#     #     #